THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* IRVING GORDON, Appellant.

*People* v. *Gordon*, 168 App. Div. 479, affirmed.
(Argued November 22, 1915; decided December 7, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 11, 1915, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of the crime of petit larceny.

*Alexander S. Bacon* and *Reuben Brown* for appellant.

*James C. Cropsey, District Attorney* (*Harry G. Anderson* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.